UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RADDY NOEL TORIBIO, | : |
| Plaintiff, | :      Civil No. 10-CV-2441 |
| v. | :      (JUDGE MANNION) |
| BERNARD SPECE, et al., | : |
| Defendants. | : |

## ORDER

**IT IS HEREBY ORDERED THAT:**

**(1)** Defendants' second motion for summary judgment, (Doc. No. 52), is **GRANTED IN ITS ENTIRETY**.

**(2)** Defendants' first motion for summary judgment, (Doc. No. 36), is **DENIED** as **MOOT**.

**(3)** Plaintiff's amended complaint, (Doc. No. 12), is **DISMISSED WITH PREJUDICE**.

**(4)** The clerk of court is directed to **CLOSE THE CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: June 4, 2013
O:\Mannion\shared\MEMORANDA - DJ\2010 MEMORANDA\10-2441-01-ORDER.wpd